# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BARBARA STROWDER, as Legal Guardian of JOHNNIE LEE BENDER ) ) ) | CASE NO.: 1:16-CV-689 |
| Plaintiff, ) ) | JUDGE BOYKO |
| v. ) ) | MAGISTRATE JUDGE PARKER |
| UNITED STATES OF AMERICA, et al., ) ) | **STIPULATION OF DISMISSAL** |
| Defendants. ) | |

Now come Plaintiff Barbara Strowder, as Legal Guardian of Johnnie Lee Bender, and Defendant United States of America, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, with prejudice, with costs and fees to be borne by each party. The parties further stipulate that the Court shall not retain jurisdiction over this matter.

IT IS SO ORDERED.


 3/28/2018                                    s/ Christopher A. Boyko
DATE                                          JUDGE CHRISTOPHER A. BOYKO

Respectfully submitted,

By: /s/ *Thomas D. Robenalt*
THOMAS D. ROBENALT (0055960)
THE ROBENALT LAW FIRM, INC.
23550 Center Ridge Road, Suite 103
Westlake, Ohio 44145
Phone: (216) 223-7535
Facsimile: (216) 307-2352
Email: trobenalt@robenaltlaw.com

*Attorney for Plaintiff*

By: /s/ *Erin E. Brizius (per email consent)*
JAMES R. BENNETT II (OH #0071663)
ERIN E. BRIZIUS (OH #0091364)
Assistant U.S. Attorneys
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue, Suite 400
Cleveland, Ohio  44113-1852
(216) 622-3988 (Bennett)
(216) 622-2670 (Brizius)
(216) 522-4982 (Facsimile)
james.bennett4@usdoj.gov
erin.e.brizius2@usdoj.gov

*Attorneys for Defendant*